```
```
...
Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWONESHA JOHNSON-HENDRICKS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**WD SERVICES LLC**; DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-00846-WBS-AC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE AUGUST 28, 2017 SCHEDULING CONFERENCE** |

## ORDER

Having read and considered Plaintiff's Request for Continuance of the August 28, 2017, this Court hereby ORDERS that the August 28, 2017 initial scheduling conference is VACATED. This court hereby reschedules the initial

scheduling conference to November 6, 2017 at 1;30 p.m.  A Joint Status Report shall be filed no later than October 23, 2017.

**IT IS SO ORDERED.**

**Dated:  August 16, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE