# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

TWONESHA JOHNSON HENDRICKS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GREEN CASH LLC; MAKSYM HOLOVCHENKO; MIKHAIL PARSHIN; FURKAT KASIMOV; DOES 1 through 10, inclusive,

Defendants.

Case No. 2:17-cv-0846–WBS-AC

**Order**

Defendants seek an extension of time to May 9, 2018 to serve and file their response to the Complaint, and the Parties have stipulated to the extension. Good cause having been shown, the Court hereby Grants the Parties' stipulation and orders Defendant to file a responsive pleading by May 9, 2018.

Dated: April 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT